UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| BROOKE PERSINGER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 1:19-cv-00853-RLY-MJD |
| | ) |
| SOUTHWEST CREDIT SYSTEMS, LP, | ) |
| | ) |
| Defendant. | ) |

## FINAL JUDGMENT

The court, having **GRANTED** Defendant's Motion for Summary Judgment and having **DENIED** Plaintiff's Motion for Summary Judgment, now enters final judgment in favor of Defendant and against Plaintiff.

**SO ORDERED** this 8th day of December 2020.

RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

Roger A.G. Sharpe, Clerk

BY: _____
Deputy Clerk, U.S. District Court

Distributed Electronically to Registered Counsel of Record.